1022

[No. 39061-2-II.   Division Two.   August 3, 2010.]
GEORGIA-PACIFIC CORPORATION, *Appellant*, v. CARL G. OLSON, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-2-06545-1, Robert L. Harris, J. Pro Tem., entered March 2, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 39281-0-II.   Division Two.   August 3, 2010.]
KATALIN K. NYITRAI, *Appellant*, v. STARLETA K. OLEA, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-2-01463-3, James E. Warme, J., entered April 16, 2009. *Reversed* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 39390-5-II.   Division Two.   August 3, 2010.]
DENNIS W. PAVLINA, *Appellant*, v. FIRST AMERICAN TITLE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-06910-6, Barbara D. Johnson, J., entered May 8, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Van Deren, JJ.

[Nos. 28000-4-III; 28001-2-III.   Division Three.   August 3, 2010.]
*In the Matter of the Estate of* MAMIE SNYDER.

*In the Matter of the Estate of* MATT H. SNYDER.

Appeals from a judgment of the Superior Court for Okanogan County, No. 05-4-00025-1, Jack Burchard, J., entered April 2, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.